|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 22MJ8062 |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF: |
| v. | |
| Jada Monique BAILEY (1), Antoinette Danielle BACA (2), | Title 21, U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |
| Defendants. | |

The undersigned complainant being duly sworn states:

On or about January 28, 2022, within the Southern District of California, defendants, Jada Monique BAILEY and Antoinette Danielle BACA, did knowingly import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960, a felony.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Anthony T. Alcobia, Special Agent
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this __1st__ day of February, 2022.

_____
HON. RUTH BERMUDEZ MONTENEGRO
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
          v.
Jada Monique BAILEY (1),
Antoinette Danielle BACA (2).

## STATEMENT OF FACTS

This Complaint and Statement of Facts is based on the reports, documents, and notes furnished to United States Homeland Security Investigations Special Agent Anthony T. Alcobia.

On January 28, 2022, at approximately 9:40 p.m., Jada Monique BAILEY (BAILEY), and Antoinette Danielle BACA (BACA), both United States Citizens, applied for entry into the United States from Mexico through the Calexico, California West Port of Entry in vehicle lane #3. BAILEY was the driver and BACA was the passenger of a white 2014 Nissan Altima bearing a New Mexico temporary license plate.

In primary inspection, a Customs and Border Protection Officer (CBPO) received a negative Customs declaration from BAILEY. BAILEY stated she was going to New Mexico, where she lived, and stated she did not have anything to declare. The CBPO noticed BAILEY was very nervous when she was asked questions and could also see her left hand trembling when she provided her entry documents. BAILEY, BACA and the vehicle were referred for secondary inspection for further processing.

While in vehicle secondary, the vehicle was scanned utilizing the Z-Portal x-ray machine. The machine detected anomalies in three of the four doors of the vehicle.

3

Thereafter, a Canine Enforcement Officer conducted a secondary inspection of the vehicle and the Human and Narcotic Detection Dog alerted to the vehicle's front passenger door area.

Further inspection of the vehicle resulted in the discovery of 42 vacuum-sealed packages wrapped in aluminum foil concealed in the vehicle's driver's side door, front passenger's side door and rear passenger's side door. The total approximate weight of the packages was 20.74 kilograms (45.72 pounds). A sample of the substance contained within one of the packages field-tested positive for the characteristics of methamphetamine. BAILEY and BACA were placed under arrest.

BAILEY was advised of her rights per Miranda. BAILEY stated she understood her rights and was willing to answer questions without an attorney present. BAILEY denied knowledge of the drugs concealed in the vehicle.

BACA was advised of her rights per Miranda. BACA stated she understood her rights and was willing to answer questions without an attorney present. BACA stated she was aware the vehicle contained drugs and was being paid to drive into the United States with the drugs concealed in the vehicle.

BAILEY and BACA were placed under arrest and charged with a violation of Title 21, United States Code sections 952 and 960, for Importation of a Controlled Substance, and were both issued a Notice To Appear dated February 8, 2022 at 8:00 a.m.